Martin J. MORRIS, Plaintiff—Appellant,

v.

UNUM LIFE INSURANCE COMPANY, Defendant—Appellee.

No. 01–55554.

D.C. No. CV–99–01150–AHS.

United States Court of Appeals, Ninth Circuit.

Submitted March 13, 2002.*

Decided March 19, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and BREYER, District Judge.**

courts of this circuit except as may be provided by 9th Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

MEMORANDUM ***

We agree with the district court that Unum's policy was in evidence. Because that policy does not violate the California Insurance Code, it is valid. *See* 10 Cal. Admin. Code § 2232.30. There is no genuine issue as to any material fact. Morris' claims fail as a matter of law. *See Bagdadi v. Nazar*, 84 F.3d 1194, 1197 (9th Cir. 1996).

AFFIRMED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

